UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
TIM NORMAN,                        )
                                   )
     Plaintiff,                    )
                                   )
     v.                            )   NO.  3:11-0713
                                   )   Judge Haynes/Bryant
U.S. ALLIANCE GROUP, INC.,         )
et al.,                            )
                                   )
     Defendants.                   )
```

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, September 26, 2011, at 11:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to September 26, 2011.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge