IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIM NORMAN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) CASE NO. 3:11-0713<br>) JUDGE HAYNES |
| v. | )<br>) |
| U.S. ALLIANCE GROUP, INC., and John Doe 1, 2, 3, unknown, | )<br>)<br>) |
| Defendants. | ) |

ORDER

Upon the parties' stipulation of dismissal (Docket Entry No. 16) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

ENTERED this the _10th_ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge